```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 14387
    IWONA SZAFRANIEC
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-1490
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 08/09/07 and confirmed on 10/05/07.

   2. The case was converted to Chapter 7 after confirmation, 06/06/2008.

   3. The Debtor paid a total of $   3285.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANK OF AMERICA NA | CURRENT MORTG | .00 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 14129.47 | .00 | 61.26 |
| BARCLAYS BANK DELAWARE | UNSECURED | NOT FILED | .00 | .00 |
| B FIRST LLC | UNSECURED | 4323.97 | .00 | 18.75 |
| B FIRST LLC | UNSECURED | 12610.68 | .00 | 54.67 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 12392.66 | .00 | 53.73 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2955.70 | .00 | 12.80 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 5109.01 | .00 | 22.15 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 355.10 | .00 | 1.54 |
| ECAST SETTLEMENT CORP | UNSECURED | 2586.91 | .00 | 11.21 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 287.34 | .00 | 1.25 |
| NICOR GAS | UNSECURED | 423.99 | .00 | 1.84 |

   Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 55174.83 | .00 | 55174.83 |
| PRINCIPAL PAID | .00 | .00 | 239.20 | .00 | 239.20 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 239.20 | .00 | 239.20 |

The Debtor's attorney, RICHARD E SEXNER                , was allowed $   3500.00
and was paid $    621.00  direct and $   2879.00   through the plan.

The Trustee received $    166.80 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/18/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE